```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
                       EL PASO DIVISION

UNITED STATES OF AMERICA,  .   Case No. 3:23-CR-00465-FM-2
                           .
         Plaintiff,        .   El Paso, Texas
                           .
      v.                   .
                           .
JOSEFINA ESCOBAR-LIZALDE,  .
                           .   Wednesday, March 15, 2023
         Defendant.        .   10:38 a.m.
. . . . . . . . . . . . . . .


              TRANSCRIPT OF DETENTION HEARING
          BEFORE THE HONORABLE LEON SCHYDLOWER
            UNITED STATES MAGISTRATE COURT JUDGE



APPEARANCES:

For the Government:      United States Attorney's Office
                         BY: JUAN ALBINO, ESQUIRE
                         700 East San Antonio Street
                         Suite 200
                         El Paso, Texas 79901

For the Defendant:       Office of the Federal Public Defender
                         BY: RUSSELL ABOUD, ESQUIRE
                         700 East San Antonio Street
                         Suite D-401
                         El Paso, Texas 79901



Deputy Clerk:            Veronica Medina
                         United States District Court
                         525 Magoffin Avenue, Suite 105
                         El Paso, Texas 79901

Transcription Service:   Liberty Transcripts
                         9107 Topridge Drive
                         Austin, Texas 78750
                         (847) 848-4907
                         www.libertytranscripts.com




Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

I N D E X

                      Page

| | Page |
|---|---|
| Case called | 3 |
| Court's Ruling - Motion To Continue Granted | 3 |
| End of Proceedings | 3 |
| Certificate of Transcriber | |

WITNESSES FOR THE GOVERNMENT:

(None)

WITNESSES FOR THE DEFENDANT:

(None)

                      Marked    Received

EXHIBITS FOR THE GOVERNMENT:

(None)

EXHIBITS FOR THE DEFENDANT:

(None)

**EL PASO, TEXAS, WEDNESDAY, MARCH 15, 2023, 10:38 A.M.**

1  THE COURT: Thanks. Be seated. 23-CR-465 Josefina Escobar-Lizalde. Announcements, please.

2  MR. ALBINO: Good morning, Your Honor.

3  Juan Albino for the United States.

4  THE COURT: Thanks, Mr. Albino.

5  MR. ABOUD: Good morning, Judge.

6  Russell Aboud on behalf of the defendant.

7  THE COURT: Good morning, Mr. Aboud.

8  I'm understanding you substituted and you'd like a continuance to March 20th at 10:30 a.m. Is that correct?

9  MR. ABOUD: That's correct, Judge.

10  THE COURT: Mr. McDonald, does -- or Mr. Albino, does that work for you and your agent?

11  MR. ALBINO: It does, Your Honor. Thank you.

12  THE COURT: Okay. We'll see everybody then. We'll stand in recess. Have a good rest of the week.

13  (Whereupon, at 10:38 a.m., the hearing was adjourned.)

14  * * * * *

**CERTIFICATION**

1    I, DIPTI PATEL, court-approved transcriber, certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

*[signature: Dipti Patel]*

_____        November 28, 2023

DIPTI PATEL, CET-997

LIBERTY TRANSCRIPTS